# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN SAMUEL BRAUNSTEIN,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
CHARLES DANIELS, DIRECTOR
NDOC; STATE OF NEVADA PAROLE
AND PROBATION; AND AARON D.
FORD, ATTORNEY GENERAL,
Real Parties in Interest.

No. 81481

FILED

AUG 0 4 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S.Young_____
DEPUTY CLERK

## ORDER DENYING PETITION FOR A WRIT OF HABEAS CORPUS

This is an original pro se petition for a writ of habeas corpus challenging the district court's refusal to permit petitioner to supplement his habeas petition, to have the opportunity to cure any defects in his petition. Petitioner appears to request that this court resolve his claims for relief.

Petitioner has failed to demonstrate that writ relief is appropriate in this instance because the claims he raises involve issues of fact, and thus petitioner must seek relief in the district court in the first instance. NRAP 22; *see Round Hill Gen. Improvement Dist. v. Newman*, 97 Nev. 601, 637 P.2d 534 (1981). Moreover, as the court of appeals previously noted, it already granted petitioner relief in Docket No. 79894-COA and directed the Eighth Judicial District Court Clerk to file petitioner's petition

20-28443

in the district court. *Braunstein v. Eighth Judicial Dist. Court (Warden)*, Docket No. 80184-COA (Order Denying Petition, March 19, 2020). Accordingly, without reaching the merits of petitioner's claims, we ORDER the petition DENIED.

_____ Pickering _____, C.J.
Pickering

_____, J.        _____, J.
Hardesty                            Stiglich


cc:     Steven Samuel Braunstein
        Attorney General/Carson City
        Eighth District Court Clerk